# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9268267 | VARGAS | 7552 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR | USC | State Code |
|---|---|---|---|---|
| 01/02/2021  02:30 | 18 USC 113(a)(8) | | | |

Place of Offense: 10 JENKINS CT, OCEANSIDE CA 92058

HOME OR RESIDENCE

Offense Description: Factual Basis for Charge — HAZMAT ☐

ASSAULT AGAINST SPOUSE/INTIMATE PARTNER

### DEFENDANT INFORMATION

Last Name: MYLES
First Name: ERICA
MI: A

Street Address: 10 JENKINS CT

Tag No: N/A   State: N/A   Year: N/A   Make/Model: N/A   PASS: N/A   Color: N/A

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

21 00009

Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 W. BROADWAY, SAN DIEGO CA 92101

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9268267*

CVB SCAN 04/26/2021 14:23

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JAN 2, 2021 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

While assigned as patrol unit A620A. At approximately 0230 I was dispatched to a possible assault in progress. I arrived at 10 JENKINS CT, OCEANSIDE CA 92058. During my preliminary investigation of all the parties involved to include ADAM M. MYLES who stated ERICA A. MYLES had assaulted him physically by punching him in the face. ADAM M. MYLES had a bloody nose and required medical attention. ERICA A. MYLES provided me a statement where she stated they (both husband and wife) had physically assaulted each other. In addition ERICA A. MYLES was also identified as suspect of another assault against her neighbor. ERICA A. MYLES was deemed as the dominant aggressor since she was dominant in both assaults under the same event. ERICA A. MYLES was arrested, booked, cited, and released for domestic assault and simple assault both arising from one event. See other citation # 9268266.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/04/21   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/26/2021 14:23